364 A.2d 939
Commonwealth v. Watkins, Appellant.

Submitted April 12, 1976. William M. Panella and George P. Micacchione, Assistant Public Defenders, for appellant; Thomas M. Piccione, Assistant District Attorney, and Donald E. Williams, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 243
Commonwealth v. Weiser, Appellant.

Submitted December 16, 1975. Alfred W. Crump, Jr., and Marx, Ruth, Binder, Ward & Crump, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Order affirmed.